IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BILLY N CULBERTSON                                                                                PETITIONER
*ADC #076385*

v.                                          4:23-cv-00802-JM-JJV

DEXTER PAYNE,                                                                                     RESPONDENT
*Director, ADC*

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. This Court does not have jurisdiction to consider Mr. Culbertson's claims. He must obtain permission from the Eighth Circuit Court of Appeals to file a successive petition before this Court could consider his claims.

IT IS, THEREFORE, ORDERED that Mr. Culbertson's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED without prejudice. His pending motions (Doc. Nos. 6-8) are denied.

Dated this 25th day of September, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE