**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

BILLY N CULBERTSON                                                           PETITIONER
*ADC #076385*

v.                                          4:23-cv-00802-JM-JJV

DEXTER PAYNE,                                                               RESPONDENT
*Director, ADC*

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED without prejudice.

Dated this 25th day of September, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE